```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**        )
                                    )
          **v.**                 )    **CRIMINAL NO. 13-10292-MLW**
                                    )
**ROBERT BURTON**                    )

## MOTION TO AMEND CONDITIONS OF RELEASE

Now comes the defendant, Robert Burton, and respectfully requests that his conditions of release be modified so that a new third party custodian can be appointed in place of his parents. Both Mr. and Mrs. Burton are currently unable to continue to fulfill their respective responsibilities due to health related concerns. Mr. Burton is prepared to offer the Pretrial Services Office the names and contact information for four different individuals who would be willing to serve in a third party custodian capacity. At the earliest possible convenient date, Mr. Burton requests a hearing at which he may be heard on these issues.

                                                **ROBERT BURTON**
                                                **By his attorney,**

                                                */s/Oscar Cruz, Jr.*
                                                **Oscar Cruz, Jr.**
                                                **B.B.O. #630813**
                                                **Federal Defender Office**
                                                **51 Sleeper Street, 5th Floor**
                                                **Boston, MA  02210**
                                                **Tel: 617-223-8061**

**CERTIFICATE OF SERVICE**

    I, Oscar Cruz, Jr., hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 15, 2014.

                                              */s/Oscar Cruz, Jr.*
                                              **Oscar Cruz, Jr.**