UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 13-10292-MLW |
| ROBERT BURTON | ) ) ) | |
| Defendant. | ) | |

JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this joint memorandum addressing the issues set out in Local Rule 116.5(c).

1. Status of Discovery

The government has produced automatic discovery. There are no pending discovery requests from the defendant. Pursuant to its obligations, the government has made available a number of records that it intends to use in its case-in-chief, including materials obtained during the execution of two search warrants. The defendant has yet to make arrangements to review any of the materials made available for review. The government recently produced materials that were recently received.

Although the government has requested reciprocal discovery from the defendant, to date, none has been produced.

2. Timing of Any Pre-Trial Motions Under Fed. R. Crim. P. 12(b)

The defendant requests that any deadlines for the filing of pre-trial motions be set at the next scheduled status conference date. This will allow time for a complete review of the discovery provided.

1

3. <u>Excludable delay</u>

The parties jointly ask the Court to exclude the time from February 25, 2014 until the date of the next hearing in this matter, under 18 U.S.C. §3161(h)(7)(A), because the parties need the time to continue to review discovery, prepare and respond to substantive motions, and prepare for trial. The ends of justice served by this exclusion outweigh the interests of the public and the defendants in a speedy trial.

4. <u>Length of Trial</u>

The parties estimate that, if trial is necessary in this matter, it will last approximately eight days.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| CARMEN M. ORTIZ | ROBERT BURTON |
| By: */s/ Sarah E. Walters*<br>    Sarah E. Walters<br>    Assistant U.S. Attorney | */s/ Oscar Cruz*<br>Oscar Cruz<br>Office of the Federal Defender<br>Counsel to Robert Burton |

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 24, 2014

*/s/ Sarah E. Walters*
Sarah E. Walters