**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 13-10292-MLW** |
| | ) | |
| **ROBERT BURTON** | ) | |

## MOTION TO AMEND CONDITIONS OF RELEASE

Now comes the defendant, Robert Burton, and respectfully requests that his conditions of release be modified so that his curfew can be extended from 8pm to 11pm. He and his employer and third party custodian, Mr. Bryan Ganz, have tried to make the original curfew work with the demands of the job but it is becoming nearly impossible to reconcile the two. This problem has been relayed to Pretrial Services and Officer Chris Moriarty has not expressed any objection to the potential extension of the curfew due to work obligations.

Mr. Burton would also like to request authorization from the Court to travel to New York City to meet with counsel who may be privately retained for this criminal matter. Mr. Burton can provide an itinerary to Pretrial Services assuming the Court agrees to this request.

**ROBERT BURTON**
**By his attorney,**

*/s/Oscar Cruz, Jr.*
**Oscar Cruz, Jr.**
**B.B.O. #630813**
**Federal Defender Office**
**51 Sleeper Street, 5th Floor**
**Boston, MA   02210**
**Tel: 617-223-8061**

## CERTIFICATE OF SERVICE

I, Oscar Cruz, Jr., hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 25, 2014.

*/s/Oscar Cruz, Jr.*
**Oscar Cruz, Jr.**