**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 13-10292-MLW** |
| | ) | |
| **ROBERT BURTON** | ) | |
| _____ | ) | |

**MOTION TO AMEND CONDITIONS OF RELEASE**

Now comes the defendant, Robert Burton, and respectfully requests that his conditions of release be modified so that he is allowed to move to a new address. Mr. Burton would benefit from this move as it would allow him to live closer to the area where his employer is located. Mr. Burton has been in compliance with the terms of his release. Pretrial has been contacted regarding the details of the new address and does not oppose the move.

Assistant U.S. Attorney Sarah E. Walters has been informed of this request.

**ROBERT BURTON**
**By His Attorney,**

*/s/Oscar Cruz*
**Oscar Cruz, Jr.**
**B.B.O. #630813**
**Federal Defender Office**
**51 Sleeper Street, 5th Floor**
**Boston, MA  02210**
**Tel: 617-223-8061**
**Email:** Oscar_Cruz@fd.org

**CERTIFICATE OF SERVICE**

I, Oscar Cruz, Jr., hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 21, 2014.

*/s/Oscar Cruz*
**Oscar Cruz, Jr.**