UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 13-10292-MLW |
| ROBERT BURTON | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR PRE-TRIAL CONFERENCE AND
FOR ORDER OF EXCLUDABLE DELAY PURSUANT TO THE SPEEDY TRIAL ACT**

The parties jointly move the Court to schedule an Initial Pre-trial Conference in the above-captioned matter and also move for an order designating the period from April 15, 2014, through and including the date of the Pre-trial Conference, as excludable delay pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A) .   As grounds for this Motion, the parties state as follows:

1.      On April 15, 2014, Magistrate Judge Boal held a Final Status Conference and referred this case back to this Court.   Therefore, the parties respectfully request that the Court schedule an Initial Pre-trial Conference so that the parties may report on the status of the case and the Court may select a trial date.

2.      Since the return of the Indictment in October 2013, the parties have been engaged in the production and review of discovery, including, among other things, numerous computers that were obtained during the execution of two search warrants.

3.      With the defendant's assent, Magistrate Judge Boal has granted a series of continuances in order to allow discovery to proceed and, also with the defendant's assent, issued a series of Orders excluding the time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) on the

grounds that the ends of justice served by requesting the continuances outweighed the best interests of the public and the defendant in a speedy trial.   The last such Order excluded the time until April 15, 2014.

4.      The defendant is still in the process of reviewing the discovery in this case and needs the additional time between April 15, 2014 and the date of the Initial Pre-trial Conference to continue that review, investigate the evidence and prepare for trial of this matter.   Therefore, the parties agree that that period between April 15, 2014 and the date of the pre-trial conference constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."   See 18 U.S.C. §3161(h)(7)(B)(iv).

For the foregoing reasons, the parties jointly request that the Court issue an Order, in the form attached hereto, excluding the time between April 15, 2014 and the date of the Initial Pre-trial Conference scheduled by the Court on the ground that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A).

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| CARMEN M. ORTIZ | ROBERT BURTON |
| By:  */s/ Sarah E. Walters*<br>Sarah E. Walters<br>Assistant U.S. Attorney | */s/ Oscar Cruz*<br>Oscar Cruz<br>Office of the Federal Defender<br>Counsel to Robert Burton |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 6, 2014

*/s/ Sarah E. Walters*
Sarah E. Walters