**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10292-MLW |
| | ) | |
| **ROBERT BURTON** | ) | |

## ASSENTED TO MOTION TO AMEND CONDITIONS OF RELEASE

Now comes the defendant, Robert Burton, and respectfully requests that his conditions of release be modified so that his curfew can be extended from 9pm to 12:00 am.  Mr. Burton has been promoted to Chief Operating Officer of the company that he currently works at ("NER") with Mr. Bryan Ganz.  His new responsibilities include supervising 22 employees and managing day to day business operations.  In order to meet these new obligations and the time commitment they entail, Mr. Burton asks that this Court allow this extension of his curfew.

Mr. Burton has been in compliance with all of the conditions of his pretrial release.  This request to modify his curfew condition has been discussed with both supervising Pretrial Services Officer Christopher Moriarty and with Assistant United States Attorney Sarah Walters.  Neither party has any objection to the suggested curfew change.

                                  **ROBERT BURTON**
                                  **By his attorney,**

                                  */s/Oscar Cruz, Jr.*
                                  **Oscar Cruz, Jr.**
                                  **B.B.O. #630813**
                                  **Federal Defender Office**
                                  **51 Sleeper Street, 5th Floor**
                                  **Boston, MA  02210**
                                  **Tel: 617-223-8061**

## **CERTIFICATE OF SERVICE**

    I, Oscar Cruz, Jr., hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 21, 2014.

                                  */s/Oscar Cruz, Jr.*
                                  **Oscar Cruz, Jr.**