UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 13-CR-10292-MLW |
| ) | |
| ROBERT BURTON ) | |
| ) | |

### MOTION TO WITHDRAW

Counsel for Robert Burton (hereinafter "Defendant") respectfully moves to withdraw as counsel for the Defendant in the above referenced matter, and moves that the Court appoint successor counsel.

As grounds therefor, counsel states that due to an irretrievable breakdown in the attorney-client relationship, an immediate appointment of successor counsel would serve the best interest of the Defendant and the interests of justice.

**Respectfully Submitted,**
**ROBERT BURTON**
**By His Attorney,**

*/s/ Oscar Cruz ,Jr.*
**Oscar Cruz, Jr.**
**BBO#630813**
**Federal Public Defender Office**
**51 Sleeper Street, 5th Floor**
**Boston, MA  02210**
**Tel: 617-223-8061**
**Email: Oscar_Cruz@fd.org**

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 11, 2014.

                                             */s/ Oscar Cruz, Jr.*
                                             **Oscar Cruz, Jr.**