UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10292-MLW |
| | ) | |
| ROBERT BURTON | ) | |

## ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING

Now comes the defendant, Robert Burton, and respectfully requests that the sentencing hearing which is currently scheduled for November 13, 2014 be continued to a date convenient to the Court in the latter part of January 2015.  As reason for the request, defense counsel reports that Mr. Burton was taken into custody on September 30, 2014 after appearing before United States Bankruptcy Judge Henry J. Boroff at the federal court in Springfield, MA.  Mr. Burton had a scheduled hearing to address his matter before Judge Boroff and he was found in contempt for not fully complying with a prior order of the Court.

On October 1, 2014, Mr. Burton appeared in Boston before Magistrate Judge Boal at the request of United States Pretrial Services Officer Christopher Moriarty.  After hearing from the parties, Judge Boal ultimately concluded that Mr. Burton's conditions of pretrial release were to be revoked as he had violated his court-ordered curfew on September 30, 2014.  See Order Revoking Pretrial Release, 13-cr-10292-MLW, Document 101.

The parties have presented this Court with a binding plea agreement in which Mr. Burton has pledged to pay $50,000 to $100,000 of the total restitution amount agreed to in this case by the date of sentencing.  See Plea Agreement, ¶ 5(e). Mr. Burton was working toward this goal through his employment as a sales/business consultant at Northeast Remediation, LLC ("NER"). In the aftermath of his detention on September 30, 2014, Mr. Burton was ultimately terminated

from his position at NER. In discussing the restitution obligation with the government, the parties are in agreement that making a substantial payment to the named victims in this case by the time of sentencing is of paramount importance. Given Mr. Burton's loss of employment and current incarceration, defense counsel requests this continuance in order to work to secure whatever assets are available for payment of restitution. Mr. Burton wishes to comply with this agreement and needs additional time and assistance in order to organize and access the funds necessary to honor this commitment.

Assistant U.S. Attorney Sarah E. Walters has been informed of this request and has no objections to it.

ROBERT BURTON
By His Attorney,

*/s/ Oscar Cruz, Jr.*
**Oscar Cruz, Jr.**
**B.B.O. #630813**
**Federal Defender Office**
**51 Sleeper Street, 5th Floor**
**Boston, MA  02210**
**Tel: 617-223-8061**
**Email:** Oscar_Cruz@fd.org

## CERTIFICATE OF SERVICE

I, Oscar Cruz, Jr., hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 21, 2014.

*/s/ Oscar Cruz, Jr.*
**Oscar Cruz, Jr.**