UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 13-10292-MLW |
| ) | |
| ROBERT BURTON ) | |

### ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING

Now comes the defendant, Robert Burton, and respectfully requests that the sentencing hearing which is currently scheduled for November 13, 2014 be continued to a date convenient to the Court in the latter part of January 2015. As reason for the request, defense counsel reports that Mr. Burton was taken into custody on September 30, 2014 after appearing before United States Bankruptcy Judge Henry J. Boroff at the federal court in Springfield, MA. Mr. Burton had a scheduled hearing to address his matter before Judge Boroff and he was found in contempt for not fully complying with a prior order of the Court.

On October 1, 2014, Mr. Burton appeared in Boston before Magistrate Judge Boal at the request of United States Pretrial Services Officer Christopher Moriarty. After hearing from the parties, Judge Boal ultimately concluded that Mr. Burton's conditions of pretrial release were to be revoked as he had violated his court-ordered curfew on September 30, 2014. See Order Revoking Pretrial Release, 13-cr-10292-MLW, Document 101.

The parties have presented this Court with a binding plea agreement in which Mr. Burton has pledged to pay $50,000 to $100,000 of the total restitution amount agreed to in this case by the date of sentencing. See Plea Agreement, ¶ 5(e). Mr. Burton was working toward this goal through his employment as a sales/business consultant at Northeast Remediation, LLC ("NER"). In the aftermath of his detention on September 30, 2014, Mr. Burton was ultimately terminated

ALLOWED
WCY, DJ
Oct 27, 2014