UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                      DOCKET NO. 13-10292-MLW

ROBERT BURTON

**DEFENDANT'S MOTION FOR RECONSIDERATION**

**OF DETENTION ORDER**

Defendant, Robert Burton, hereby respectfully requests that a hearing date be scheduled at the Court's earliest convenience to address the issue of his continued detention. On October 3, 2014, this Court issued an order revoking Mr. Burton's pretrial release based upon a solitary incident in which he violated the terms of his electronically monitored curfew. Mr. Burton explained the situation to the Court and admitted that he had visited a friend on the evening in question to have dinner and watch a football game and that he had stayed later than anticipated after falling asleep on the person's couch. Mr. Burton was initially not truthful about being out of place with his Pretrial Services Officer when he was called after the electronic bracelet sounded an alarm. Mr. Burton admitted he made a rash decision and apologized to Officer Moriarty and to this Court for not being immediately forthcoming. The Court also noted in its decision to revoke Mr. Burton's release that the detention issue was essentially moot as he was already being held in custody at the time by a contempt order that had previously issued out of the United States Bankruptcy Court from Judge Henry Boroff. *See* Docket Entry No. 101, pp. 3, Note 1.

On November 19, 2014, Judge Boroff lifted the contempt finding after hearing and ordered Mr. Burton released. *See* Exhibit A, U.S. Bankruptcy Court Case 12-04037, Doc. 84-1.

Mr. Burton satisfied Judge Boroff's requests and now the only matter holding him is this Court's detention order.  Mr. Burton has a sentencing hearing scheduled in this matter on December 22, 2014.  He offered to plead guilty to the charges in this case under a binding plea agreement which was presented for Judge Wolf's consideration on the date of the plea hearing.  *See* Docket Entry 84.  Under its terms, Mr. Burton agreed to pay a minimum of $50,000.00 restitution by the date of the sentencing hearing.  *Id.* at pp. 4.  Mr. Burton's time in custody on the bankruptcy matter since the end of September 2014 caused him to lose his job and seriously hampered his efforts to comply with his restitution obligation.  Mr. Burton now prays that this Court will allow him an opportunity to salvage the plea agreement previously presented to the Court so he can have $50,000.00 ready for the named victims in this case by December 22, 2014.

Mr. Burton currently has approximately $27,000.00 for restitution but he feels he can generate the balance of the $50,000.00 by selling a debt portfolio in his possession which the government is aware of and whose sale they have endorsed.  The government has already expressed to defense counsel that they would not consider taking the debt portfolio in satisfaction of the plea agreement restitution obligation.  Mr. Burton is prepared to sell this asset and generate the money necessary to meet his obligation but cannot complete the process while in prison.  There are also no other persons available to help Mr. Burton sell this asset if he remains in custody.  Mr. Burton respectfully requests that this Court schedule a hearing as soon as possible to address these issues.

                              **ROBERT BURTON**
                              **By His Attorney**

                              */s/ Oscar Cruz, Jr.*
                              **Oscar Cruz, Jr. [BBO # 630813]**
                              **Federal Defender Office**
                              **51 Sleeper Street, 5th Floor**
                              **Boston, MA 02210**
                              **Tel: 617-223-8061**
                              **Email: Oscar_Cruz@fd.org**

## **CERTIFICATE OF SERVICE**

      I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on December 3, 2014.

                              */s/ Oscar Cruz, Jr.*
                              **Oscar Cruz, Jr.**