UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim No. 13-CR-10292-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ROBERT BURTON | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

**ASSENTED-TO MOTION TO CONTINUE TIME OF HEARING ON MOTION FOR RECONSIDERATION OF DETENTION ORDER**

With the assent of the defendant, the government respectfully requests that the Court continue the hearing on the defendant's Motion for Reconsideration of Detention Order ("Motion"), Dkt. No. 109, from 11:30 am on Friday, December 12 until any time after 1:00 pm on Friday, December 12.  As grounds for this Motion, the government states that the undersigned Assistant U.S. Attorney, who has handled this matter since the defendant's arrest in August 2013, has a medical appointment in the morning and may not be available by 11:30.  As set forth in the government's Opposition to the Motion, this defendant has had a history of non-compliance with his release conditions and, as a result, it is important that the government be represented at the hearing by the undersigned Assistant U.S. Attorney who is familiar with that history.

On December 9, 2014, the government conferred with defense counsel, who assented to this Motion on the grounds that the hearing not be continued beyond Friday, December 12.

For the foregoing reasons, the government respectfully requests that this Motion be ALLOWED and that the hearing currently scheduled for 11:30 am on Friday, December 12 be continued until 1:00 pm or later in the afternoon on December 12.

Respectfully submitted,

CARMEN M. ORTIZ

By:   */s/ Sarah E. Walters*
       Sarah E. Walters
       Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 9, 2014

*/s/ Sarah E. Walters*
SARAH E. WALTERS

2