# EXHIBIT B

## AFFIDAVIT OF MARTIN CORONA

I, Martin Corona, swear under the pains and penalties of perjury that the statements in this Affidavit are true and correct, to the best of my knowledge.

1. On or about August 4, 2014, I received a phone call from my friend Robert Burton. Robert informed me that he was walking back to his apartment in Charlestown. Robert informed me that he was supposed to meet with his attorney Oscar Cruz, Jr. to prepare for trial. Robert was very upset. Robert told me that Oscar met with him for roughly five minutes, excused himself and then, never returned back to the meeting.

2. Between September 30, 2014, and December 16, 2014, I had numerous e-mail and telephone conversations with Oscar in regards to Robert. Robert had indicated to me that he would not be able to satisfy his recent plea agreement, if he was detained. Robert requested of me to inform Attorney Cruz of this fact. Also, Robert wanted asked me to tell Cruz that he wanted to withdraw his plea. I told Attorney Cruz on numerous occasions that Robert wanted to withdraw his plea and proceed with trial. I told Attorney Cruz that Robert would not be able to make the $50,000 payment required of him at sentencing, if he remained detained at Wyatt. Eventually, Oscar and I had conversations about bank records Robert wanted him to investigate and provide. Oscar informed me that it was too late and that even if Robert was innocent, he had already plead guilty. He informed me that a withdrqwal of the plea would damage Robert's credibility with Judge Wolf and that Judge Wolf would "gut" Robert at trial because of his withdrawal.

3. Shortly after Robert was sentenced to forty-eight months, I e-mailed Oscar to inquire about Robert's appeal. Oscar told me he was not familiar with the appeals process and that Robert had missed any deadlines to ask the court for an appeal. Oscar tols me that he would check on the process and get back to me. I never heard from Oscar in regards to this issue.

4. Between mid-January 2015, through the filing of this affidavit I attempted to contact Oscar via e-mail and voice-mail no fewer than "30" times. I was requesting that he mail Robert's file to him at his prison. Mr. Cruz eventually responded telling me that he would put the file together. As of the date of this affidavit, Robert has not received his case file.

page 1 of 2

[1]

CERTIFICATE OF SERVICE

This is to certify that the foregoing under the pains and penalties of perjury is true and correct to the best of my ability and knowledge. That same was sent to U.S. District Court, District of Massachusetts ~~as required~~ as required by the Federal Rules of Procedure, via U.S. Mail first-class postage affixed.

Dated: 8/19/2015

Respectfully submitted,

/s/ *Martin Corona*
Martin Corona

[2]                                                                    page 2 of 2