UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No.:  13-10292-MLW |
| ROBERT BURTON, | ) ) ) | |
| Defendant. | ) ) | |

ROBERT BURTON'S AMENDED WITNESS LIST

Now Comes the defendant, Robert Burton, who hereby files his amended witness list for the revocation hearing scheduled for October 1 and 5, 2020:

1. Tiesha Burton, Andover, MA

2. William Bethia, Springfield, MA

3. Michael Campbell, Boston

4. Keeper of the records for various institutions

5. Timothy Creamer, Investigator.

6. Brad Thibault, Cooling Unlimited, Reading, MA

Defendant reserves the right to add or remove any witness on or from this Witness List.

                Respectfully submitted

                ROBERT BURTON
                Defendant

By:   */s/ James Budreau*
      JAMES BUDREAU
      MA BBO# 553391
      Counsel for Defendant
      Bassil & Budreau, P.C.
      20 Park Plaza Suite 1005
      Boston, MA 02116

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 28, 2020

/s/ James Budreau

2